**Entered on Docket**
**April 19, 2024**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: April 19, 2024

_____

**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.  23-41339 CN<br>Chapter 11 |
| NATIONAL PAVER SYSTEMS, INC., | |
| Debtor. | **ORDER DENYING MOTION FOR RECONSIDERATION OF AMENDED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY** |

On April 19, 2024, the court conducted a hearing on Debtor's Motion for Reconsideration of Amended Order Granting Motion for Relief From Automatic Stay (the "Motion").  Appearances were stated on the record.  For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the Motion is denied.

**\*\*\*END OF ORDER\*\*\***

Case No. 23-41339 CN

<u>**COURT SERVICE LIST**</u>

**National Paver Systems, Inc.**
2230A 23rd Ave
Oakland, CA 94606

**Gabriel O. Ark Majiyagbe**
2230 23rd Avenue
Oakland, CA 94606

Other recipients are ECF participants.

Case: 23-41339    Doc# 117    Filed: 04/19/24    Entered: 04/19/24 18:26:19    Page 2 of 2